EX PARTE B.K., Jr.

(In re: B.K., Jr.

v.

A.A.K.)

2140502

Court of Civil Appeals of Alabama.

03/31/2015

Dismissed

EX PARTE James McCONICO, Jr.

(In re: James McConico, Jr.

v.

Judge David Carpenter)

2140507

Court of Civil Appeals of Alabama.

03/26/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction